# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| U48C | 09861293 | Olson | R886 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 12/14/2022 0925
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 43 CFR 5462.2(b)(1)
**Place of Offense:** Indian Creek 37.983102, -109.514959
**Offense Description; Factual Basis for Charge:** Cutting and damaging trees
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Finucane
**First Name:** Devin
**MI:** R
**Street Address:** [redacted]

**Tag No.:** — **State:** — **Year:** — **Make/Model:** — **PASS:** ☐ **Color:** —

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.
**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:** Zoom
**Date:** July 7
**Time:** 10:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy
*09861293*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **14 December 2022** while exercising my duties as a law enforcement officer in the **Federal** District of **Utah**

☒ Please see attachment ☒

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 12/14/2023   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/08/2023 11:54